ACCEPTED
12-14-00069-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/11/2015 11:13:16 AM
CATHY LUSK
CLERK



**DONNA GORDON KASPAR**
District Attorney
349th Judicial District

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/11/2015 11:13:16 AM

CATHY S. LUSK
Clerk

**CHRISTOPHER V. GRIER**
Assistant District Attorney

**RANDY HARGROVE**
Investigator

401 E. Houston Ave.
Crockett, Texas 75835
(936) 544-3255  Ext. 245
Fax (936) 544-2790

**LAURA GOOLSBY**
Office Manager/Legal Secretary

**DAISY HERNANDEZ**
Grand Jury Clerk/VAC

**LEEA PRICE**
Intake Clerk/Receptionist

February 11, 2015

Misty McAdams
Via email: mcadams349@windstream.net

RE: State v. Jason Frizzell; Cause Number 13CR-183; Appellate Number 12-14-00069-CR

Dear Ms. McAdams:

Please supplement the reporter's record from the above referenced case with the arraignment hearing regarding self-representation held on December 19, 2013 and the pre-trial hearings held on January 16, 2014 and January 30, 2014.  If you need any further information please let me know.

Sincerely,

Donna Kaspar
District Attorney

Cc: The 12th Court of Appeals, Tyler, Texas